Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia

Case No.: 19−13218−BFK
Chapter: 7
Judge: Brian F. Kenney

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Curtis Clifford Cain
   3503 Eagle Ridge Drive
   Woodbridge, VA 22191

Social Security / Individual Taxpayer ID No.:
   xxx−xx−8182

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed all of the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee determines that: (1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's(s') current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B).As required by 11 U.S.C. Sec. 704(b)(2), the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under 11 U.S.C. Sec. 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate.Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B) Filed by Jack Frankel of Office of the U.S. Trustee on behalf of John P. Fitzgerald, III (Frankel, Jack)

Dated: 9/28/20

                                                  United States Trustee

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Curtis Clifford Cain  
Debtor(s)

Case No. 19-13218-BFK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: chandlerk     Page 1 of 3  
Date Rcvd: Sep 28, 2020     Form ID: ntcabuse     Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Curtis Clifford Cain, 3503 Eagle Ridge Drive, Woodbridge, VA 22191-5073 |
| 15043307 | + | Aes/turnstile Capital, 1200 N 7th St, Harrisburg, PA 17102-1419 |
| 15108592 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15043308 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15043309 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15043314 | + | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15043315 | | Clearview Federal Credit Union, Attn: Bankruptcy, 1453 Beers School Road, Coraopolis, PA 15108-0000 |
| 15043319 | #+ | Dalena Cain, 3503 Eagle Ridge Drive, Woodbridge, VA 22191-5073 |
| 15043321 | + | Elastic Bank, P.O. Box 950276, Louisville, KY 40295-0276 |
| 15043322 | + | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197-0002 |
| 15043324 | + | Goldman Sachs Bank USA, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 15052290 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15043333 | + | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101-4982 |
| 15043334 | | Stilt Inc, 00000-0000 |
| 15043338 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15043339 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15043310 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 29 2020 03:49:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15043311 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 29 2020 03:48:44 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15055774 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 29 2020 03:48:07 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15043312 | + | Email/Text: bankruptcy@cavps.com | Sep 29 2020 03:33:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 15043316 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2020 03:32:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15043317 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2020 03:32:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15043318 | + | Email/Text: defaultspecialty.us@bbva.com | Sep 29 2020 03:32:00 | Compass Bank, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296-0001 |
| 15043320 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 29 2020 03:32:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |

Case 19-13218-BFK   Doc 47   Filed 09/30/20   Entered 10/01/20 00:30:20   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0422-9 | User: chandlerk | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Sep 28, 2020 | Form ID: ntcabuse | Total Noticed: 42 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15043323 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 29 2020 03:34:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15043325 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2020 03:32:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15043313 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 29 2020 03:47:51 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-0000 |
| 15219722 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2020 03:48:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15043327 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2020 03:48:49 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15043328 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 29 2020 03:32:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15043329 | + | Email/PDF: pa_dc_claims@navient.com | Sep 29 2020 03:49:37 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15043330 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 29 2020 03:34:08 | Navy FCU, Attn: Bankruptcy Dept, Po Box 3000, Merrifield, VA 22119-3000 |
| 15059530 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 29 2020 03:34:18 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 15043331 | + | Email/Text: bnc@nordstrom.com | Sep 29 2020 03:32:18 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15043332 | | Email/Text: bkrgeneric@penfed.org | Sep 29 2020 03:31:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313-0000 |
| 15231822 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2020 03:47:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15043335 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2020 03:47:50 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15043336 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2020 03:48:43 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15043337 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2020 03:48:43 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15044034 | | Email/Text: atlreorg@sec.gov | Sep 29 2020 03:32:00 | Office Of Reorganization, Securities and Exchange Commission, 3475 Lenox Road NE Suite 1002, Atlanta GA 30326-7625 |
| 15108190 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 29 2020 03:32:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln NE 68508-1911 |
| 15043340 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 29 2020 03:31:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 15043326 | | Kimberly Williams, unknown |
| 15044035 | | U.S. Trustee, John P. Fitzgerald, III, Office of the U.S. Trustee |
| 15044033 | * | Internal Revenue Service (IRS), PO Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

Case 19-13218-BFK   Doc 47   Filed 09/30/20   Entered 10/01/20 00:30:20   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0422-9 | User: chandlerk | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2020 | Form ID: ntcabuse | Total Noticed: 42 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| H. Jason Gold | jason.gold@nelsonmullins.com VA19@ecfcbis.com;jgold@ecf.epiqsystems.com;hjg@trustesolutions.net;robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com |
| Jack Frankel | on behalf of U.S. Trustee John P. Fitzgerald III jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov;paula.f.blades@usdoj.gov |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Michael Jacob Owen Sandler | on behalf of Debtor Curtis Clifford Cain sandlerlaw@yahoo.com  ignmjosandler@gmail.com;r61770@notify.bestcase.com |

TOTAL: 4